UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN, | 1:04-cv-05358-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 24) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** (Doc. 23) |
| DAVID WINETT, et al., | |
| Defendants. | |

Plaintiff, Eric Martin ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 15, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On April 15, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the

entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 15, 2005, are ADOPTED IN FULL;

2. This action PROCEED on plaintiff's amended complaint, filed December 27, 2004, against defendants Holcolm and Gracie for violation of the Eighth Amendment, and defendants Aguirre and Huerta for denial of access to the courts;

3. Plaintiff's due process and denial of access to the courts claims against defendants Johnson and Stainer are DISMISSED, with prejudice, for failure to state any claims upon which relief may be granted under section 1983;

4. Plaintiff's due process, denial of access to the courts, and Eighth Amendment claims against defendant Winett are DISMISSED, with prejudice, for failure to state any claims upon which relief may be granted under section 1983;

5. Plaintiff's Eighth Amendment claim against defendant Parker is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; and,

6. Defendants Johnson, Stainer, Winett, and Parker are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

IT IS SO ORDERED.

**Dated:** **May 6, 2005**              **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE