# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WINETT, et al.,<br><br>　　　　　　Defendants. | CASE NO. CV-F-04-5358 OWW LJO P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF<br><br>(Docs. 23 and 28) |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 1, 2004. The court has screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Holcolm and Gracie for violating plaintiff's rights under the Eighth Amendment by depriving plaintiff of water in his cell, and defendants Aguirre and Huerta for violating plaintiff's right of access to the courts by mailing home plaintiff's legal property and causing plaintiff to miss a court deadline.[1] Accordingly, it is HEREBY ORDERED that:

///

---

[1] Plaintiff's due process and denial of access to the courts claims against defendants Johnson and Stainer; due process, denial of access to the courts, and Eighth Amendment claims against defendant Winett; and Eighth Amendment claim against defendant Parker were dismissed from this action, with prejudice, for failure to state claims upon which relief may be granted under section 1983. In addition, defendants Johnson, Stainer, Winett, and Parker were dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

1.     Service is appropriate for the following defendants:

        CURT HOLCOLM

        JIM GRACIE

        R. AGUIRRE

        C. HUERTA

2.     The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed December 27, 2004.

3.     Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.     Completed summons;

    b.     One completed USM-285 form for each defendant listed above; and

    c.     Five (5) copies of the endorsed amended complaint filed December 27, 2004.

4.     Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.[2]

5.     <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **May 12, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES MAGISTRATE JUDGE

---

[2] Although plaintiff is not proceeding in forma pauperis, the court granted his motion for service by the Marshal on May 28, 2004. Fed. R. Civ. P. 4(c)(2).