1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ERIC MARTIN,                              CASE NO. CV-F-04-5358 OWW LJO P

10              Plaintiff,                   ORDER GRANTING MOTION FOR LEAVE
                                            TO FILE PROPOSED SECOND AMENDED
11       v.                                  COMPLAINT

12  DAVID WINETT, et al.,

13              Defendants.
    _____/

14

15       Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights

16  action pursuant to 42 U.S.C. § 1983.  On May 6, 2005, the court ordered that this action proceed on

17  plaintiff's amended complaint, filed December 27, 2004, against defendants Holcolm and Gracie for

18  violation of the Eighth Amendment, and defendants Aguirre and Huerta for denial of access to the

19  courts.  (Doc. 27.)  On May 12, 2005, the court ordered plaintiff to submit completed summonses

20  and USM-285 forms, and five copies of his amended complaint.  (Doc. 29.)

21       On June 14, 2005, plaintiff complied with the court's order but submitted a second amended

22  complaint and requested leave to file the second amended complaint.  Plaintiff amended his

23  complaint so as to omit the claims that were previously dismissed.  Plaintiff contends that serving

24  the amended complaint with the dismissed claims will humiliate and embarrass him.

25       The court has reviewed the proposed second amended complaint.  The complaint includes

26  only those claims that were found to be cognizable by the court.  Therefore, the court will grant

27  plaintiff's request and the second amended complaint will be served on defendants.

28  ///

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's request for leave to file a second amended complaint, filed June 14, 2005, is GRANTED;

2.    The Clerk's Office shall file in the second amended complaint; and

3.    The Marshal shall be directed to serve the second amended complaint.


IT IS SO ORDERED.

**Dated:    June 15, 2005**                           /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

2