UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC MARTIN, | ) | 1:04-CV-05358 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| v. | ) ) | |
| DAVE WINETT, et al., | ) ) | (DOCUMENT #42) |
| Defendants. | ) ) | |

On July 14, 2005, the court directed the United States Marshal to initiate service on defendants Aguirre, Gracey, Holcolm, and Huerta ("defendants"). On September 21, 2005, defendants filed a motion seeking an extension of time to file a response to plaintiff's complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion is GRANTED and defendants have **thirty (30) days** from the date of service of this order in which to file their responsive pleading.

IT IS SO ORDERED.

**Dated:   October 18, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                                                  UNITED STATES MAGISTRATE JUDGE