# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>          Plaintiff,<br><br>    v.<br><br>DAVID WINETT, et al.,<br><br>          Defendants. | CASE NO. 1:04-CV-5358-OWW-LJO-P<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO NOTIFY COURT WHY DEFENDANT HOLCOLM DID NOT JOIN IN ANSWER<br><br>(Doc. 50) |

     Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint against defendants Aguirre, Gracey, Huerta, and Holcolm. On July 14, 2005, the Court ordered the United States Marshal to initiate service of process. On September 21, 2005, defendants Aguirre, Gracey, Huerta, and Holcolm filed a request for an extension of time to file a response to plaintiff's second amended complaint, and on September 29, 2005, the summonses and waivers of service for defendants Aguirre, Gracey, and Huerta were returned to the court. On November 18, 2005, defendants Aguirre, Gracey, and Huerta filed an answer. Defendant Holcolm, although named in the request for an extension of time, was not named in the answer, and service documents have not yet been returned for this defendant.

///
///
///
///

1

Defendants' counsel is HEREBY ORDERED to notify the court within **fifteen (15) days** why defendant Holcolm joined in the request for an extension of time but did not join in the answer.

IT IS SO ORDERED.

**Dated:     November 21, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE

2