# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID WINETT, et al.,<br><br>              Defendants. | CASE NO. 1:04-CV-5358-OWW-LJO-P<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT GRACEY<br><br>(Doc. 53) |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 22, 2005, plaintiff filed a motion seeking the entry of default against defendant Gracey.[1]

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). Defendant Gracey filed an answer to the second amended complaint on November 18, 2005. Accordingly, defendant Gracey is not in default, and plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 28, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as Gracie in the second amended complaint.

1