# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID WINETT, et al.,<br><br>            Defendants. | CASE NO. 1:04-CV-5358-OWW-LJO-P<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANTS' COUNSEL TO NOTIFY COURT WHY DEFENDANT HOLCOLM DID NOT JOIN IN ANSWER<br><br>(Doc. 51) |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint against defendants Aguirre, Gracey, Huerta, and Holcolm. On July 14, 2005, the Court ordered the United States Marshal to initiate service of process. On September 21, 2005, defendants Aguirre, Gracey, Huerta, and Holcolm filed a request for an extension of time to file a response to plaintiff's second amended complaint, and on September 29, 2005, the summonses and waivers of service for defendants Aguirre, Gracey, and Huerta were returned to the court.

On November 18, 2005, defendants Aguirre, Gracey, and Huerta filed an answer. Defendant Holcolm, although named in the request for an extension of time, was not named in the answer, and service documents have not yet been returned for this defendant. On November 21, 2005, the Court ordered defendants' counsel to notify the Court why defendant Holcolm joined in the request for an extension of time but did not join in the answer. Defendants' counsel filed a response on December 6, 2005, and notified the Court that defendant Holcolm had been included in the request for an extension of time in error and that he was not represented by the Attorney General's Office.

1 | Accordingly, the order filed on November 21, 2005 is HEREBY DISCHARGED. The Court will continue to work with the United States Marshal concerning service on defendant Holcolm.

IT IS SO ORDERED.

**Dated:     December 20, 2005**                     **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE