# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID WINETT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-5358-OWW-LJO-P<br><br>ORDER DENYING MOTION TO AMEND CASE CAPTION<br><br>(Doc. 37)<br><br>ORDER GRANTING MOTION FOR SERVICE STATUS<br><br>(Doc. 41) |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint against defendants Aguirre, Gracey, Huerta, and Holcolm. On August 16, 2005, plaintiff filed a motion to amend the case name in this action to reflect it is against Gracie, et al. rather than against David Winett, et al. On September 19, 2005, plaintiff filed a motion seeking the status of service of process and copies of the service documents.

Plaintiff's motion seeking an amendment of the case caption is denied. Cases retain the captions assigned at the time of filing. If this matter reaches trial, the caption will be changed at that time to reflect the names of the remaining parties.

With respect to service of process, the Court ordered the United States Marshal to initiate service on July 14, 2005. On September 21, 2005, defendants Aguirre, Gracey, Huerta, and Holcolm filed a request for an extension of time to file a response to plaintiff's second amended complaint,

and on September 29, 2005, the summonses and waivers of service for defendants Aguirre, Gracey, and Huerta were returned to the Court. On November 18, 2005, defendants Aguirre, Gracey, and Huerta filed an answer. Defendant Holcolm has not yet been served, and his name was included in the request for an extension of time due to an error. Plaintiff will be provided with a copy of the USM-285 form for defendant Holcolm at the appropriate time. Plaintiff will not receive his copy of the USM-285 form until the Marshal has either served defendant or returned the service documents as un-executable. Neither has yet occurred. The Court will continue to monitor the status of service on Holcolm.

Based on the foregoing, plaintiff's motion to amend the case caption, filed August 16, 2005, is HEREBY DENIED and plaintiff's motion for service status, filed September 19, 2005, is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   January 17, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE