IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>        Plaintiff,<br>  v.<br><br>JIM GRACIE, et al.,<br><br>        Defendants. | 1:04-CV-5358 OWW LJO P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**<br>**(Doc. 58)** |

  The Court, having considered Defendants Aguirre and Huerta's request for an extension of time to serve responses to Plaintiff's first set of interrogatories, and good cause having been found:

  **IT IS HEREBY ORDERED**: Defendants Aguirre and Huerta shall be granted an extension of time, to and including February 15, 2006, to complete and serve responses to Plaintiff's first set of Interrogatories.

IT IS SO ORDERED.

**Dated: February 10, 2006**     /s/ Lawrence J. O'Neill
i0d3h8             UNITED STATES MAGISTRATE JUDGE

1