# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>          Plaintiff,<br><br>    v.<br><br>DAVID WINETT, et al.,<br><br>          Defendants.<br>_____ / | CASE NO. 1:04-CV-05358-OWW-LJO-P<br><br>ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE MARSHAL WITH COPY OF S. R. ALBRITTON'S DECLARATION (Doc. 67, Exhibit A) |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 14, 2005, the court directed the United States Marshal to initiate service of process on defendants Holcolm, Aguirre, Gracey, and Huerta.[1] (Doc. 35.) Defendants Aguirre, Gracey, and Huerta waived service and have answered the second amended complaint. Service was erroneously accepted on the behalf of defendant Holcolm. (Docs. 62, 67.) Defendant Holcolm is retired from and the last known address available to Litigation Coordinator S. R. Albritton is no longer valid. (Doc. 67, ¶¶3, 4.) However, Mr. Albritton will be able to provide the Marshal with certain information that will allow the Marshal to obtain an address from the Public Employee's Retirement System. (Id., ¶7.)

Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to forward the following documents to the United

---

[1] Plaintiff is not proceeding in forma pauperis, but his motion for appointment of the Marshal to effect service was granted on May 28, 2004, pursuant to Federal Rule of Civil Procedure 4(c)(2). (Doc. 10.)

1

1  States Marshal:

2  (1) One completed and issued summons for <u>each</u> defendant to be served;

3  (2) One completed USM-285 form for <u>each</u> defendant to be served;

4  (3) One copy of the second amended complaint filed on June 16, 2005 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

6  (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

8  (5) One copy of the court's consent form for <u>each</u> defendant to be served;

9  2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**CURT HOLCOLM aka CURTIS WARREN HOLCOLM**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file the returned waiver of service, or the request for waiver if it is returned as undelivered, as soon as it is received.

5. **<u>In attempting to locate defendant Holcolm, the Marshal shall contact Litigation Coordinator S. R. Albritton to obtain information sufficient to obtain an address from the Public Employee's Retirement System.</u>**

6. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

|   |   |   |
|---|---|---|
| 1 | b. | Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2). |
| 7. | | In the event that defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendant. |
| 8. | | In the event that defendant either waives service or is personally served, defendant is required to reply to the complaint.  42 U.S.C. § 1997e(g)(2). |
| 9. | | The Clerk's Office shall provide the Marshal with a copy of S. R. Albritton's declaration (Doc. 67, Exhibit A). |

IT IS SO ORDERED.

**Dated:    August 29, 2006**                             **/s/ Lawrence J. O'Neill**
i0d3h8                                                                    UNITED STATES MAGISTRATE JUDGE