# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WINETT, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-05358-OWW-LJO-P<br><br>ORDER VACATING PRE-TRIAL DISPOSITIVE MOTION DEADLINE PENDING RESOLUTION OF SERVICE ISSUE CONCERNING DEFENDANT HOLCOLM<br><br>(Doc. 52) |

Pursuant to the court's order of November 21, 2005, the deadline for filing pre-trial dispositive motions is September 28, 2006. Defendant Holcolm has not yet been located and served, and in a separate order issued concurrently with this order, the court directed the Marshal to re-attempt service on defendant. In the interest of conserving judicial resources, as well as the resources of the parties, the pre-trial dispositive motion deadline shall be vacated. The court will set a new deadline once the service issue concerning defendant Holcolm has been resolved. In the event that defendant Holcolm waives service or is served and files an answer, the pre-trial dispositive motion deadline will be the same for all parties.[1]

IT IS SO ORDERED.

Dated: **August 29, 2006**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Neither plaintiff nor defendants Aguirre, Gracey, and Huerta are precluded by this order from filing pre-trial dispositive motions, but are simply relieved of the requirement that they do so by September 28, 2006.

1