# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN, | CASE NO. 1:04-CV-05358-OWW-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS UNTIMELY |
| v. | (Doc. 65) |
| DAVID WINETT, et al., | |
| Defendants. | |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed December 27, 2004, against defendants Holcolm and Gracie for violating plaintiff's rights under the Eighth Amendment by depriving plaintiff of water in his cell, and defendants Aguirre and Huerta for violating plaintiff's right of access to the courts by mailing home plaintiff's legal property and causing plaintiff to miss a court deadline.  Defendants Aguirre, Gracey, and Huerta waived service and made an appearance in this action.  The United States Marshal is currently re-attempting service on defendant Holcolm.

On July 31, 2006, plaintiff filed a motion to compel a further response to his request for the production of documents, served on April 6, 2006.  Defendants Aguirre, Gracey, and Huerta filed an opposition on August 21, 2006.  Defendants oppose the motion, in relevant part, on the ground that it is untimely.

///

///

1

1   Pursuant to the scheduling order filed on November 21, 2005, the deadline for the completion
2 of all discovery, including filing motions to compel, was June 28, 2006.  (Doc. 52.)  Plaintiff's
3 motion to compel is untimely and is HEREBY DENIED on that ground.

5  IT IS SO ORDERED.

6 **Dated:     September 20, 2006**                  /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE