Eric Martin
P.O. Box 8500
B60373, C2-209
Coalinga, Ca. 93210

FILED
NOV 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN, <br>     Plaintiff, <br> -vs- <br> DAVID WINETT, et. al., <br>     Defendants. | Case No: CIV-05358-OWW-LJO-P <br><br> MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL, PER FRCP 60; <br><br> MOTION TO DISMISS DEFENDANT HOLCOLM FROM THIS ACTION. |

    Pursuant to Rule 60 of the Federal Rules of Civil Procedure, plaintiff moves this court to reconsider its September 20, 2006 order denying plaintiff's Motion To Compel Discovery. Plaintiff hereby also moves for the court to dismiss this case against Defendant Curt Holcolm due to the inability to locate defendant.

    The court has jurisdiction to entertain this motion for reconsideration and to grant such relief. (Stone -v- I.N.S, 514 US 386, 401-03 (1995); Standard Oil Company -v- United States, 429 US 17, 18-19 (1976)).

    This motion is based on the law and documents filed with the court.

    Dated: November /8, 2006

                                      Respectfully Submitted,

                                      *Eric Martin*
                                      Eric Martin, Plaintiff

-1-

                    Argument In Support Of Motion
                    For Reconsideration Of Motion
                    To Compel Discovery"

On November 21, 2005, the court issued its discovery order in this case and required that all motions to compel be filed by June 28, 2006.

On April 6, 2006, Plaintiff served a Request for Production of Documents on Defendant's counsel. This was followed by Defendants then serving Plaintiff with their responses on May 24, 2006.

It was then discovered that all of the requested discovery documents were not included with the responses and that many questions remained unanswered. However, before plaintiff could file and serve a Motion To Compel, pursuant to FRCP 37(d) it was required that plaintiff first seek the requested discovery informally by correspondence with counsel.

On July 04, 2006, Plaintiff served a one page letter upon Defendant's counsel requesting that the discovery be provided. Plaintiff was required to wait a reasonable number of days after forwarding the correspondence before filing a Motion To Compel with the court. (See Motion To Compel, Exhibit-B).

On July 31, 2006, Plaintiff filed a Motion To Compel Discovery of further responses not previously provided. The Defendants then filed an Opposition To Motion To Compel Discovery as being untimely.

//

1  On September 20, 2006, the court ruled that the Motion To
2  Compel Discovery was untimely and denied the motion based on
3  the November 21, 2005 scheduling order setting the deadline for
4  completion of all discovery, including Motions To Compel, as
5  June 28, 2006.

7  Pursuant to FRCP 60(b), a party may seek relief from a
8  court judgement based upon Mistakes, Inadvertence; Excusable
9  Neglect; Newly Discovered Evidence, Fraud, etc. On motion and
10 upon such terms as are just, the court may releive a party...
11 from a final judgement, order, or proceeding...for specified
12 reasons.

14 Plaintiff hereby contends that the inability to file for
15 a Motion To Compel further discovery was based upon justifiable
16 Mistake, Inadvertence and Excusable Neglect. Plaintiff has due
17 diligently attempted to follow every procedural requirement for
18 this litigation, as well as not to burden the court with the
19 Compel Motion without first fulfilling the correspondence and
20 request requirement of FRCP 37(d), good faith confer attempt.
21

22 Moreover, Plaintiff was laboring under the impression that
23 due to the complications involved with serving the Complaint on
24 Defendant Holcolm, then any pending deadlines were tenatively
25 tolled or on hold until such service was accomplished. The
26 Plaintiff Mistakenly and Inadvertently believed that when
27 Defendant Holcolm was served, or a determination made thereto,
28 then the court would reschedule all deadlines accordingly.

The court is asked to reconsider its order denying the motion of Plaintiff seeking further discovery of documents that defendants knew they should have provided upon the initial discovery request. It is well known legal strategy for counsel for defendants in these matters to deny, delay, or only partial provide discovery materials to a Pro Se prisoner plaintiff. The requested documents are primarily common, public information documents which could have been provided, but for Defendants;' willful withholding and decision not to disclose them.

But for the FRCP Rule 37d requirement to first seek compliance with discovery requests by direct contact prior to filing in court, plus the discrepancy with Defendant Holcolm not being located and served by the Marshals; plaintiff would have filed all obligations sooner. Plaintiff prays for the court to grant reconsideration relief and order the discovery be provided.

Plaintiff further hereby moves for the court to dismiss this action against Defendant Holcolm without prejudice and in the interest of judicial expediency and undue complications. Plaintiff does not wish to further burden the court with trying to locate this defendant, which is stalling this case. For the best interest of all, it is requested that Defendant Holcolm be dismissed.

Wherefore, plaintiff prays for the requested relief.

Dated: November /8, 2006

Respectfully Submitted,

*Eric Martin*
Eric Martin, Plaintiff

-4-

PROOF OF SERVICE BY MAIL

I, _ERIC MARTIN_, declare:

I am at least 18 years of age, and a party / am not a party to the attached herein cause of action. My mailing address is: _P.O. Box 8500_ _B60373_, Post Office Box 8503, Cell _CZ-209_, Coalinga, Ca 93210-8503.

On _NOVEMBER 14_, 20_06_ I delivered to prison officials at Pleasant Valley State Prison at the above address the following documents for mailing via the United States Mail.

1. _MOTION FOR RECONSIDERATION/_
2. _MOTION TO DISMISS DEFENDANT_
3. _____

In a sealed envelope(s) with postage fully prepaid, addressed to:

1. _U.S. EASTERN DISTRICT COURT_
   _2500 - TULARE STREET, RM 1501_
2. _FRESNO, CA. 93721_
   _&_
3. _DEP. ATTY. GEN. CONSTANCE PICCIANO_
   _STATE ATTORNEY GENERAL OFFICE_
4. _1300 - "I" STREET, SUITE 125_
   _SACRAMENTO, CA. 95814_
5. _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _14TH_ day of _NOVEMBER_, 20_06_ at Coalinga, Ca.

_Eric Martin_
Declarant / Petitioner (IN PRO PER)