IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC MARTIN,<br><br>                     Plaintiff,<br><br>v.<br><br>JIM GRACIE, et al.,<br><br>                     Defendants. | 1:04-cv-05358 LJO NEW (DLB) P<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

       The Court, having considered Defendants' motion for an extension of time to file a dispositive motion, and good cause having been found:

       **IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including June 13, 2007, to file a dispositive motion.

       IT IS SO ORDERED.

       Dated:   **May 10, 2007**                    **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE

Order

1