# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WINETT, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:04-cv-05358-OWW-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 82 and 83) |

　　Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on June 13, 2007. On July 2, 2007, plaintiff filed a motion seeking a thirty-day extension of time to file a response. On July 19, 2007, plaintiff filed another motion seeking a thirty-day extension of time.

　　Good cause having been shown, plaintiff's motions are HEREBY GRANTED, and plaintiff has **thirty (30) days** from the dates of service of this order to file an opposition or statement of non-opposition to defendants' motion. <u>Plaintiff's is warned that the failure to file an opposition or statement of non-opposition to defendants' motion will result in dismissal of this action, with prejudice.</u>

　　IT IS SO ORDERED.

　　Dated:　**July 27, 2007**　　　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1