# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN, | CASE NO. 1:04-cv-05358-OWW-GSA PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO STRIKE REPLY AND DISREGARDING SURREPLY |
| v. | |
| DAVID WINETT, et al., | (Doc. 93) |
| Defendants. | |

Plaintiff Eric Martin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on June 13, 2007. After obtaining extensions of time, plaintiff filed an opposition on September 19, 2007, and defendants filed a reply on October 19, 2007.

On November 1, 2007, plaintiff filed a motion to strike defendants' reply as untimely and a surreply. Defendants' motion for an extension of time to file a reply was granted by the Court nunc pro tunc to October 19, 2007 by order filed October 25, 2007. Therefore, plaintiff's contention that the reply was untimely is without merit.

Plaintiff has a right to oppose a motion and the moving party thereafter may file a reply. Local Rule 78-230(m). However, no party has any further right to respond under the Federal Rules of Civil Procedure or the Local Rules, and defendants' motion for summary judgment was deemed submitted on October 19, 2007, when the reply was filed. Local Rule 78-230(m). Because plaintiff was not granted permission to file a surreply, the surreply shall be disregarded.

///

1 | Based on the foregoing, plaintiff's motion to strike defendants' reply is DENIED and
2 | plaintiff's surreply is DISREGARDED.
3 |
4 | IT IS SO ORDERED.
5 | Dated:   **November 4, 2007**            /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE