# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN,<br><br>            Plaintiff,<br><br>  v.<br><br>DAVID WINETT, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:04-cv–05358-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 137)<br><br>AMENDED DISCOVERY AND SCHEDULING ORDER<br><br>Dispositive Motions deadline: November 22, 2011 |

Plaintiff Eric Martin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed December 27, 2004, against Defendants Johnson, Stainer, and Winett. On November 16, 2011, Defendants filed a motion to amend the scheduling order. (ECF No. 137.) Good cause having been shown the scheduling order filed on January 6, 2011, is HEREBY AMENDED as follows:

    1.    The deadline for filing dispositive motions is extended to November 22, 2011.

IT IS SO ORDERED.

**Dated:   November 17, 2011**                 **/s/ Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE